Brian J. Mankin, Esq. [CSB No. 216228]
brian@lmlfirm.com
Peter J. Carlson, Esq. [CSB No. 295611]
peter@lmlfirm.com
LAUBY, MANKIN & LAUBY LLP
4590 Allstate Drive
Riverside, CA 92501
Tel: (951) 320-1444
Fax: (951) 320-1445

Attorneys for Plaintiff, on a representative basis and on behalf of all others similarly situated

[*Additional counsel for Plaintiff listed on the next page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CINNAMON MILLS, individually, on a representative basis, and on behalf of all others similarly situated;

Plaintiff,

vs.

TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 20, inclusive;

Defendants.

Case No.: 5:20-cv-01460-JGB-KK
*[Assigned to Hon Judge Jesus G. Bernal]*

**SUPPLEMENTAL DECLARATION OF PETER J. CARLSON IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR CLASS CERTIFICATION**

Hearing
Date: June 28, 2021
Time: 9:00 a.m.
Place: Courtroom 1

Deepak Gupta (Seeking Admission *Pro Hac Vice*)
GUPTA WESSLER PLLC
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

Neil K. Sawhney (SBN 300130)
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*neil@guptawessler.com*

Attorneys for Plaintiff, on a representative basis and on behalf of all others similarly situated

**DECLARATION OF PETER J. CARLSON, ESQ.**

I, Peter J. Carlson, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am a senior associate at Lauby, Mankin & Lauby LLP, attorneys of record for Plaintiff Cinnamon Mills ("Plaintiff") in the above-entitled action. I am fully familiar with the facts of this case. The matters set forth herein are based upon my personal knowledge and, if called upon as a witness, I could and would give competent testimony with respect to the matters herein.

2. I hereby submit this supplemental declaration to attach additional exhibits and evidence in rebuttal to arguments raised by Defendant's Opposition.

3. A true and correct copy of additional relevant pages from the deposition of Michael Brewer is attached hereto as **Exhibit F**. Mr. Brewer was Defendant's witness designated pursuant to Federal Rule of Civil Procedure 30(b)(6).

4. A true and correct copy of Plaintiff's wage statement for the pay period with a check date of April 10, 2020, produced by Defendant in discovery and bates stamped as TARGET_000146 is attached hereto as **Exhibit G**.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on this 14th day of June 2021, at Riverside, California.

/s/ Peter J. Carlson

Peter J. Carlson

# Exhibit F

**to the Supplemental Declaration of Peter J. Carlson, Esq.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CINNAMON MILLS, individually, on a representative basis, and on behalf of all others similarly situated,

Plaintiff,

vs.

TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 20, inclusive,

Defendants.

No. 5:20-cv-01460-JGB-KK

VOLUME I

VIDEOCONFERENCE DEPOSITION OF 30(b)(6) WITNESS

MICHAEL BREWER

Wednesday, March 24, 2021

REPORTED BY: Lyn Corrin Aaker, CSR No. 6228

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CINNAMON MILLS, individually, on a representative basis, and on behalf of all others similarly situated,

Plaintiff,

vs.

TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 20, inclusive,

Defendants.

No. 5:20-cv-01460-JGB-KK

Volume I videoconference deposition of MICHAEL BREWER, a 30(b)(6) Witness, taken on behalf of the Plaintiff, commencing at the hour of 9:07 a.m., Wednesday, March 24, 2021, before Lyn Corrin Aaker, CSR No. 6228, pursuant to Notice of Taking Deposition.

APPEARANCES OF COUNSEL:

For Plaintiff:

LAUBY MANKIN & LAUBY, LLP
BY: PETER J. CARLSON
Attorney at Law
(Via Videoconference)
4590 Allstate Drive
Riverside, California 92501
(951) 320-1444
pjc@fernandezlauby.com

For Defendant:

PAUL HASTINGS
BY: JEFFREY D. WOHL
Attorney at Law
(Via Videoconference)
101 California Street
48th Floor
San Francisco, California 94111
(415) 856-7255
jeffwohl@paulhastings.com

Technician:

KENT STEPHANOFF

A. No. And there's no law that states that it should. We look at things like, for example, California sick pay requires the payment be made using the regular rate of pay. So, therefore, we include -- the shift differential is included in the regular rate of pay calculation, and your sick pay is paid at that rate. For vacation we pay it at your base salary rate. There's nothing that says we need to include that, and, therefore, we don't.

Q. So you would agree that the Labor Code does not state base rate. Correct?

A. The Labor Code, I believe, says final rate of pay, which we believe is the base rate.

Q. But that's your interpretation of what that means. Correct?

A. That's your opinion. That's my interpretation, yes, and you are entitled to a different interpretation.

Q. Now, are you aware of any internal memos that discussed whether to include shift differentials in the final vacation rate of pay?

A. No, I am not.

Q. Are you familiar with opinion letters from the State of California from the Department of Labor Standards Enforcement?

A. No, I am not.



REPORTER'S CERTIFICATE

I, the undersigned Certified Shorthand Reporter holding a valid and current license issued by the State of California, do hereby certify:

That said proceedings were taken down by me in shorthand at the time and place therein set forth and thereafter transcribed under my direction and supervision.

I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof.

Before completion of the deposition, review of the transcript [ x ]was [ ]was not requested.

The dismantling, unsealing, or unbinding of the original transcript will render the Reporter's Certificate null and void.

IN WITNESS WHEREOF, I have hereunto subscribed my name on this date: April 1st, 2021.

Certified Shorthand Reporter

# Exhibit G

**to the Supplemental Declaration of Peter J. Carlson, Esq.**

Target Corporation 7000 Target Parkway N. Mail Stop: NCE-0243 Minneapolis, MN 55445, HROC 1-800-394-1885

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Cinnamon Mills | Check #: | **VOID** | 401k Before TAX: | 0.00% | TARGET |
| Employee ID: | [redacted] | Check Date: | 04/10/2020 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 03/22/2020 | Curr Tot Hrs Worked: | 33.33 | Average Hours: | 16.72 | |
| Pay Period End: | 04/04/2020 | Total Hours YTD: | 211.76 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 627.45 | 0.00 | 86.94 | 160.06 | 380.45 |
| YTD | 3,440.00 | 29.40 | 388.39 | 1,257.16 | 1,765.05 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 03/29/2020 - 04/04/2020 | 12.3 | 13 | 159.90 | 3,245.84 |
| Sick | 03/29/2020 - 04/04/2020 | 8.5 | 15 | 127.50 | 127.50 |
| Temp Pay Differential | 03/29/2020 - 04/04/2020 | 12.3 | 2 | 24.60 | 66.66 |
| Regular | 03/22/2020 - 03/28/2020 | 21.03 | 13 | 273.39 | |
| Temp Pay Differential | 03/22/2020 - 03/28/2020 | 21.03 | 2 | 42.06 | |
| Earnings | | | | 627.45 | 3,440.00 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 38.90 | 211.46 |
| Medicare | 9.09 | 49.45 |
| Federal Withholding | 31.59 | 91.83 |
| State Tax - CA | 1.08 | 1.54 |
| CA SDI - CASDI | 6.28 | 34.11 |
| Employee Taxes | 86.94 | 388.39 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| DENTAL | | 29.40 |
| Total | 0.00 | 29.40 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| LTD | | 8.82 |
| UNITED WAY | 0.25 | 2.00 |
| Support | 158.31 | 1,238.84 |
| IWO Employer Fee | 1.50 | 7.50 |
| Total | 160.06 | 1,257.16 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single or Married (with two or more incomes) |
| Allowances | 1 | 1 |
| Additional Withholding | 0 | 0 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 627.45 | 3,410.60 |
| Medicare - Taxable Wages | 627.45 | 3,410.60 |
| Federal Withholding - Taxable ' | 627.45 | 3,410.60 |

**Time Off Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Holiday | 0.00 | 0.00 | 0.00 |
| Sick | 1.12 | 8.50 | 4.78 |
| Vacation | 0.00 | 0.00 | 18.63 |
| Well Being Time | 0.00 | 0.00 | 0.00 |

**Payment Information**

| Bank | Account Name | Account Number | Reference ID | Amount |
|---|---|---|---|---|
| 122000247 | 122000247 ******4287 | ******4287 | 016820005 | 380.45 USD |

P/E 04/04/2020 0039928908

1001-0212-0026100212 BCY

Cinnamon Mills

[redacted]