1  Brian J. Mankin, Esq. [CSB No. 216228]
   brian@lmlfirm.com
2  Peter J. Carlson, Esq. [CSB No. 295611]
   peter@lmlfirm.com
3  LAUBY, MANKIN & LAUBY LLP
4  4590 Allstate Drive
   Riverside, CA  92501
5  Tel:   (951) 320-1444
6  Fax:   (951) 320-1445

7  Attorneys for Plaintiff and the Putative Class

8  JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  PAUL HASTINGS LLP
   101 California Street, 48th Floor
10 San Francisco, California 94111
11 Telephone:  (415) 856-7000
   Facsimile:   (415) 856-7100
12 jeffwohl@paulhastings.com

13 Attorneys for Defendant
14 Target Corporation

15 [*Additional Counsel for Plaintiff and Defendant on next page*]

16

17                  UNITED STATES DISTRICT COURT

18                 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINNAMON MILLS, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 20, inclusive;<br><br>Defendants. | No. 5:20-cv-01460-JGB-KK<br>*[Assigned to Hon Judge Jesus G. Bernal]*<br><br>**JOINT STIPULATED REQUEST TO MODIFY SCHEDULING ORDER**<br><br>State action filed:  June 10, 2020<br>Action removed:    July 22, 2020<br>Trial date:            March 15, 2022 |

DEEPAK GUPTA (admitted *pro hac vice*)
GUPTA WESSLER PLLC
1900 L Street NW, Suite 312
Washington, D.C.  20036
Telephone: (202) 888-1741
deepak@guptawessler.com

NEIL K. SAWHNEY (Cal. State Bar No. 300130)
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, California  94111
Telephone: (415) 573-0336
neil@guptawessler.com

Attorneys for Plaintiff and the Class

LINDSEY C. JACKSON (Cal. State Bar No. 313396)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: (213 683-6000
Facsimile: (213) 627-0705
lindseyjackson@paulhastings.com

Attorneys for Defendant
Target Corporation

TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff Cinnamon Mills and Defendant Target Corporation ("Target") (collectively, the "Parties") acting through their respective counsel of record, hereby respectfully submit this Joint Stipulated Request to Modify the Court's Scheduling Order under Rule 16 as follows:

WHEREAS, on July 29, 2021, the Court issued an Order that (1) granted in part and denied in part Target's Motion for Summary Judgment, and (2) granted Plaintiff's Motion for Class Certification [*see* DE 69];

WHEREAS, after a meet and confer among counsel, Target filed a Motion to certify the Court's Order for Interlocutory Appeal (the "Motion"), and the Motion also sought a stay of the trial court proceedings pending the appeal (the "Motion") [*see* DE 70];

WHEREAS, on September 10, 2021, the Court continued the hearing on Target's Motion from September 13, 2021, to October 18, 2021;

WHEREAS, the new hearing date of October 18, 2021, is after several upcoming deadlines in the Court's scheduling order, namely the initial and rebuttal designation of expert witnesses, with deadlines of September 30 and October 14, respectively;

WHEREAS, the new hearing date of October 18, 2021, is also after the deadline by which either party would have to file a motion to compel discovery, since the deadline to hear any discovery motion is November 1, 2021;

WHEREAS, because the Court's ruling on Target's Motion will determine how this action will proceed, the Parties jointly request that the Court continue all remaining deadlines by approximately two months;

WHEREAS, this request serves the purposes of efficiency and will allow the Parties and Court to conserve resources until the Motion is decided, at which point the Parties can proceed accordingly;

/ / /

WHEREAS, the Parties agree that "good cause" exists under Rule 16(b)(4) to grant the requested extensions where (1) the Parties have been diligent in creating a workable Rule 16 order and seeking modifications when necessary, and (2) both Parties have shown diligence in requesting the modification herein given that the need for a modified schedule only arose on September 10, 2021 (when the Motion hearing was continued) and this Stipulation was promptly filed on the next business day). See *Jackson v. Laureate, Inc.*, 186 F.R.D. 605, 608 (E.D. Cal. 1999); *Johnson v. Mammoth Recreations*, 975 F.2d 606, 609 (9th Cir. 1992);

WHEREAS, good cause also exists because the requested modification will ensure that "the parties have an opportunity to engage in appropriate discovery and that the parties are adequately and timely prepared so that the trial can proceed efficiently and intelligibly." *United States v. Grace*, 526 F.3d 499, 508-509 (9th Cir. 2008).

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties that the Court modify the Scheduling Order (DE 63) as follows:

| Matter | Current Deadline | Joint Request of the Parties | Court's Order |
|---|---|---|---|
| Initial Designation of Expert Witnesses | 9/30/21 | 11/30/21 | |
| Designation of Rebuttal Expert Witnesses | 10/14/21 | 12/14/21 | |
| All Discovery Cut-Off (including hearing all discovery motions) | 11/1/21 at 9:00 a.m. | 1/14/22 at 9:00 a.m. | |
| Last Day to Conduct Settlement Conference | 11/30/21 | 1/31/22 | |
| Dispositive Motion Hearing Cut-Off | 1/24/22 at 9:00 a.m. | 3/28/22 at 9:00 a.m. | |
| Final Pretrial Conference | 2/28/22 at 11:00 a.m. | 4/28/22 at 11:00 a.m. | |
| Jury Trial | 3/15/22 at 9:00 a.m. | 5/31/22 at 9:00 a.m. | |

IT IS SO STIPULATED.

Dated: September 13, 2021           LAUBY, MANKIN & LAUBY LLP

                                    BY:      /s/ Peter J. Carlson
                                          Brian J. Mankin, Esq.
                                          Peter J. Carlson, Esq.
                                          Attorneys for Plaintiff

Dated: September 13, 2021           PAUL HASTINGS LLP

                                    BY:      /s/ Jeffrey D. Wohl
                                          Jeffrey D. Wohl
                                          Lindsey C. Jackson
                                          Attorneys for Defendant Target
                                          Corporation

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.*

Dated: September 13, 2021           LAUBY, MANKIN & LAUBY LLP

                                    BY:      /s/ Peter J. Carlson
                                          Brian J. Mankin, Esq.
                                          Peter J. Carlson, Esq.
                                          Attorneys for Plaintiff