**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 6 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CINNAMON MILLS, individually on a representative basis, and on behalf of all others similarly situated,<br><br>        Plaintiff-Respondent,<br><br> v.<br><br>TARGET CORPORATION,<br><br>        Defendant-Petitioner. | No. 21-80111<br><br>D.C. No. 5:20-cv-01460-JGB-KK<br>Central District of California, Riverside<br><br>ORDER |

Before: O'SCANNLAIN and THOMAS, Circuit Judges.

Petitioner's motion for leave to file a reply (Docket Entry No. 8) is granted. The reply has been filed.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Respondent's cross-petition, contained in its answer to the petition, is granted. *See Central Delta Water Agency v. United States*, 306 F.3d 938, 952 n.10 (9th Cir. 2002) ("[W]hen a district court order is certified for appeal pursuant to 28 U.S.C. § 1292(b) . . . the *entire* order is certified for appeal."). The Clerk will open cross-appeals and within 14 days after the date of this order, the parties shall perfect their respective appeals in accordance with Federal Rule of Appellate Procedure 5(d).

KWH/MOATT