# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINNAMON MILLS, an individual; on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:20-cv-01460-JGB-KK<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, and good cause appearing,

**IT IS HEREBY ORDERED**:

1. Final approval of the Settlement Agreement is **GRANTED**;
2. The Court **AWARDS** Class Counsel attorneys' fees in the amount of $489,393.48;
3. The Court **AWARDS** Class Counsel costs in the amount of $20,950;
4. The Court **AWARDS** $10,000 to Plaintiff Cinnamon Mills;
5. Payment of $47,000 to the Settlement Administrator is **ORDERED**;
6. The Complaint is **DISMISSED WITH PREJUDICE**.

   IT IS SO ORDERED.

Dated: July 8, 2024

_____
Honorable Jesus G. Bernal
United States District Judge